UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY JOHNSON, | No. 2:15-cv-2269 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| J. BREAD, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On July 12, 2017, the court ordered the United States Marshal to serve the complaint on defendant Ledesia, Scavette, Shannon, Sisto, Wong, and Yates. Process directed to defendant M. Ledesia was returned unserved because "defendant has never been employed by CDCR." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed August 4, 2016;

1

1       2. Within sixty days from the date of this order, plaintiff shall complete and submit the

2 attached Notice of Submission of Documents to the court, with the following documents:

3       a. One completed USM-285 form for defendant Ledesia;

4       b. Two copies of the endorsed complaint filed August 4, 2016; and

5       c. One completed summons form (if not previously provided) or show good cause

6 why he cannot provide such information.

7 DATED: July 26, 2017

10                 /s/  DEBORAH BARNES
                    UNITED STATES MAGISTRATE JUDGE

20 DLB:9
DLB1/prisoner-civil rights/john2269.8e

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   OSHAY JOHNSON,                          No. 2:15-cv-2269 MCE DB P
12              Plaintiff,
13        v.                                 NOTICE OF SUBMISSION OF
                                             DOCUMENTS
14   J. BREAD, et al.,
15              Defendants.
16
17        Plaintiff hereby submits the following documents in compliance with the court's order
18   filed _____ :
19        ____      completed summons form
20         _1_      completed USM-285 forms
21         _2_      copies of the _____August 4, 2016_____
                                        Complaint
22
23   DATED:
24
25
                                             _____
26                                           Plaintiff
27
28
                                             3